IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CIV. S-06-2587 DFL DAD |
|     Plaintiff, | |
|   v. | ORDER RE DISPOSITION AFTER <u>NOTIFICATION OF SETTLEMENT</u> |
| BULUS A. AJIOUNY, | |
|     Defendants. | |

The court has been advised by plaintiff's counsel, Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than March 13, 2007; and

//

//

1

1    2.  That all hearing dates previously set in this matter
2 are vacated.
3    IT IS SO ORDERED.
4 Dated: 03/02/2007

```
                          /s/ David F. Levi
                          DAVID F. LEVI
                          United States District Judge
```

2